# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEPHAN TODD SMITH,**

    **Plaintiff,**

    Case No. 2:17-cv-1070
    **JUDGE EDMUND A. SARGUS, JR.**
    **Magistrate Judge Elizabeth Preston Deavers**

    v.

**E.I. DUPONT DE NEMOURS
& COMPANY,**

    **Defendant.**

## ORDER

This case is part of a global settlement of the remaining cases that make up *In Re: E. I. Du Pont De Nemours And Company C-8 Personal Injury Litigation*, 2:13-md-2433. The Court, therefore, **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. If for some reason this case does not settle with the group, the parties shall inform the Court and it will be restored forthwith to this Court's active docket.

    **IT IS SO ORDERED.**


**3/31/2021**                            s/Edmund A. Sargus, Jr.
**DATE**                               **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**